(Post 11/2019) Notice, Consent and Reference of a Civil Action to a Magistrate Judge

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Apr 20, 2023
Tammy H. Downs, Clerk
By: MelanieBeard D.C.
DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
Central Division

Christina Hale
*Plaintiff*

v.

SSA
*Defendant*

Case No. 4:23-cv-314-BRW-JTK

## NOTICE, CONSENT AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE JEROME T. KEARNEY (MANDATORY RESPONSE REQUIRED)

*Notice of a Magistrate Judge's availability.* A United States Magistrate Judge of this court is available to conduct all proceedings in this civil action and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals like any other judgment of this court. A Magistrate Judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a Magistrate Judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

**You must return this form to the Clerk of Court's office within 21 days from date of this notice regardless of whether or not you are consenting to the exercise of jurisdiction by a United States Magistrate Judge.**

☐ Election to have case remain with a United States District Judge.

☒ *Consent to a Magistrate Judge's authority.* The following parties consent to have a United States Magistrate Judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| Plaintiff, Christina Hale | [signature] | 4/12/23 |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:** This case is referred to a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: 04/20/2023

BILLY ROY WILSON
*District Judge's signature*

BILLY ROY WILSON, U.S. DISTRICT JUDGE
*Printed name and title*

**U.S. Department of Justice**

United States Attorney's Office

*Eastern District of Arkansas*

*425 West Capitol Avenue, Suite 500*
*Post Office Box 1229*
*Little Rock, Arkansas 72203-1229*

*(501) 340-2600*

August 24, 2022

Tammy H. Downs
Clerk of Court
Eastern District of Arkansas
Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

RE: Consent to a United States Magistrate Judge

Dear Ms. Downs:

The United States Attorney's Office, in accordance with the provisions of 28 U.S.C. §636(c) and Fed. R. Civ. P. 73, voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings for all social security disability cases filed in the Eastern District of Arkansas. Our consent applies to all orders disposing of these matters, the entry of final judgments and post-judgment proceedings. Once all other parties have consented, the Clerk's office has our blanket authorization to process the consent form without the signature of a representative attorney for the United States. For record keeping purposes, we ask that a notification be placed on each consent form referencing this letter.

Stacy E. McCord for the U.S. Attorney's Office is available to answer any questions your staff may have concerning our blanket authorization in social security disability cases.

Sincerely,

Jonathan D. Ross
United States Attorney